# RIGHTIN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **MISTY M. GOMEZ,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-01117-atc |
| | ) |
| **MARTIN O'MALLEY,** | ) |
| **COMMISSIONER OF SOCIAL** | ) |
| **SECURITY,** | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action came to consideration before the Court. The issues have been considered, and a decision has been rendered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in compliance with the Order Reversing and Remanding Commissioner's Decision Pursuant to Sentence Four of 42 U.S.C. § 405(g), entered in the above-styled case on September 25, 2024, the decision of the Commissioner is **REVERSED** and the action **REMANDED**.

APPROVED:

s/Annie T. Christoff
ANNIE T. CHRISTOFF
UNITED STATES MAGISTRATE JUDGE

September 25, 2024
Date